IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 JUL 21 PM 4: 14
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| CHRISTOPHER BOWMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. |
| | * | CV 3:08-115 |
| MONTGOMERY COUNTY SCHOOL SYSTEM, | * | |
| | * | |
| | * | |
| Defendant. | * | |

# O R D E R

On July 20, 2011 the Court held a pretrial conference for this case. During the pretrial conference, the parties notified the Court that they had elected to try the case as a bench trial. Accordingly, **the trial date has been specially set for October 4th, 2011 at 9:00 A.M. in Dublin, GA.** The parties are directed to individually submit their proposed findings of fact and conclusions of law by September 16, 2011.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE